# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANK CAMP, | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 10-281 Erie |
| v. | ) |
| | ) |
| MAXINE OVERTON, et al., | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

This action was received by the Clerk of Court on November 22, 2010 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [ECF No. 53], filed on June 21, 2012, recommended that the motion for summary judgment filed by Defendant Overton [ECF No. 41] be granted in its entirety. The parties were allowed fourteen (14) days from the date of service to file objections and no objections were filed. After de novo review of the documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 12th day of July, 2012;

IT IS HEREBY ORDERED that the motion for summary judgment filed by Defendant Overton [ECF No. 41] is GRANTED in its entirety. JUDGMENT is hereby entered in favor of Defendant Maxine Overton and against Plaintiff Frank Camp. The Clerk of Courts is directed to terminate Defendant Overton from the docket.

The Report and Recommendation [ECF No. 53] of Magistrate Judge Baxter, filed on June 21, 2012, is adopted as the opinion of the Court.

s/ Sean J. McLaughlin
United States District Judge

cm: All parties of record
Susan Paradise Baxter, U.S. Magistrate Judge